GARZA, Circuit Judge,
with whom RO-NEY, Circuit Judge, joins, dissenting:
I still adhere to the view expressed in our panel opinion at 632 F.2d 1178 (5th Cir. 1980) that there is an inconsistency between Chapter XII of the “old” Bankruptcy Act, 11 U.S.C. § 906, et seq., and section 5(j) of that Act, 11 U.S.C. § 23(j). The holding of the majority will forever foreclose the use of the rehabilitative chapters of both the old and the new Bankruptcy Code to partnerships, unless the partners themselves file for bankruptcy. I do not believe that this was the intent of the Congress in passing both the old and the new Bankruptcy Act.
The majority of my brethren have spoken, and I must accede to their judgment.